PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)
ANNE M. HUNTER (CA SBN 221455)
(AHunter@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILIP STERKER, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>APPLE, INC.; and AT&T MOBILITY, L.L.C.; and DOES 1-10,<br><br>               Defendants. | Case No.   C 09-04242 PJH<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [**~~PROPOSED~~**] ORDER** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      WHEREAS the complaint in the above-captioned matter was filed on September 14, 2009;

      WHEREAS Defendant Apple Inc. ("Apple") was served with the complaint on September 21, 2009;

      WHEREAS Defendant AT&T Mobility LLC ("ATTM") was served with the complaint on September 25, 2009;

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order extending Apple's and ATTM's time to move, answer, or otherwise respond to the complaint to and including November 12, 2009.

Dated: September 29, 2009          MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

    Attorneys for Defendant
    APPLE INC.

Dated: September 29, 2009          CROWELL MORING LLP

By: /s/ Jason C. Murray
    Jason C. Murray

    Attorneys for Defendant
    AT&T MOBILITY LLC

Dated: September 29, 2009          STRANGE & CARPENTER

By: /s/ Gretchen Carpenter
    Gretchen Carpenter

    Attorneys for Plaintiff
    PHILIP STERKER

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

1 **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4    Date: __10/7/09_____    _____
                                          Hon. Phyllis J. Hamilton



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED ORDER]
CASE NO. C 09-04242 PJH
sf-2745239

3