

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| KEVIN KHOI DUY TRAN, individually and on behalf of all others similarly situated, | Case No. 5:09-cv-4048-JW<br>Case No. 5:09-cv-4242-PJH |
| Plaintiffs, | **ORDER RELATING CASES** |
| vs. | |
| APPLE, INC.; and AT&T MOBILITY, L.L.C., | |
| Defendants. | |

Presently before the Court is Plaintiff Philip Sterker's Administrative Motion to Relate C 09-4242 PJH with C 09-4048 JW. (Docket Item No. 25.) Upon review of the cases, the Court finds that they are related within the meaning of Civil L.R. 3-12. Accordingly, the Clerk of Court shall relate C 09-4242 PJH with C 09-4048 JW.

Dated: October 15, 2009

JAMES WARE
United States District Judge